IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEMCOR USA INC. | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and | § | |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF**

TO THE HONORABLE COURT:

Plaintiff, STEMCOR USA INC. ("STEMCOR"), files this its Original Complaint against REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V. ("REGIOMONTANA"), and SCHAEFER STEVEDORING INC. ("SCHAEFER"), for breach of contract, and wrongful conversion, and for Injunctive Relief, and would respectfully show the Court:

**A. PARTIES**

(1) Plaintiff, STEMCOR USA INC., is a corporation that is organized under the laws of the State of Delaware, with its principal place of business at Empire State Building, 350 Fifth Avenue, Suite 7815, New York, New York 10118.

(2) Defendant, REGIOMONTANA DE PERFILES Y TUBOS S.A. DE C.V., is a foreign corporation organized and existing under the laws of Mexico and may be served with process on its authorized agent at the Defendant's address, Primera Poniente No. 104, Parque Industrial, Monterrey Carretera Miguel Aleman Km 20.5 Apodaca, NL CP 66600 Apdo Postal 94, Mexico.

(3) Defendant, SCHAEFER STEVEDORING, INC., is a Texas corporation existing under the laws of the State of Texas, and service may be had upon its chief executive officer, Ken Schaefer, as an officer, at 4201 Don Foust Road, Port of Brownsville, Texas 78523, or by personal service in the United States.

## B. JURISDICTION

(4) The Court has jurisdiction over the lawsuit under 28 U.S.C. §1332 because the suit is between the Plaintiff and Defendant SCHAEFER which are citizens of different states, plus Defendant REGIOMONTANA is the subject of a foreign country, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## C. VENUE

(5) Venue is proper in the Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §1391(c) because jurisdiction is founded under diversity of citizenship and the Defendants have sufficient minimal contacts in this district as the items made the subject of the contract exist and are presently located in Port of Brownsville, Texas.

## D. BACKGROUND FACTS

(6) On or about October 15, 2001, a representative of Defendant REGIOMONTANA entered into an agreement with STEMCOR.

(7) The agreement between the Plaintiff STEMCOR and Defendant REGIOMONTANA provided that STEMCOR would sell to the Defendant REGIOMONTANA manufactured cold rolled steel sheets, of which the total estimated cost for such agreement was to be One Million Five Hundred Thirty-five Thousand United States Dollars ($1,535,000.00 U.S.). Such agreement is specifically provided for in ATTACHMENT "A".

(8) The Plaintiff STEMCOR and Defendant REGIOMONTANA, pursuant to the agreement, provided that the payment terms for REGIOMONTANA's purchase of the material would be "net cash payable 30 days from date of bill of lading".

(9) Rene Lecea Coindreau, Defendant's representative, had complete authority on behalf of Defendant REGIOMONTANA and negotiated and accepted the agreement to purchase the materials at the unit price amount in U.S. dollars.

(10) The bill of lading and/or original invoice of January 8, 2002, for the materials which were shipped identified the total amount due was $1,522,075.30. Such invoice additionally identifies the payment terms for Defendant REGIOMONTANA of "net cash 30 days from bill of lading date". The invoice specified such payment being due February 7, 2002.

(11) On or about February 7, 2002, Plaintiff STEMCOR shipped to Defendant SCHAEFER, as provided under the initial agreement the material which was for six group items of cold rolled steel sheets in coils, totaling several thousand metric tons of steel, of which items are more specifically identified on the attached copy of the invoice (ATTACHMENT "B").

(12) On March 8, 2002, the status of Plaintiff STEMCOR's material being shipped to Defendant was that all the materials identified in the original invoice were located in the warehouse of Defendant SCHAEFER in the Port of Brownsville, Texas.

(13) On March 8, 2002, Plaintiff STEMCOR was notified by fax that Defendant REGIOMONTANA had only made partial payment to the Plaintiff of $1,250,000.00(U.S.) for the materials which Plaintiff STEMCOR manufactured and shipped to the Port of Brownsville, Texas. Such payment by Defendant REGIOMONTANA being **$272,075.30 less than the invoice amount required to be paid for the material**.

(14) Defendant REGIOMONTANA's acts of failing to pay the amount due and owing is a breach of the agreement between the parties Plaintiff STEMCOR and Defendant REGIOMONTANA.

(15) Defendant SCHAEFER has communicated its intention of permitting Defendant REGIOMONTANA to secure the material while Defendant REGIOMONTANA has presently breached the agreement and failed to meet the obligations in fully paying the amount owed to the Plaintiff.

(16) The acts of Defendant REGIOMONTANA to secure the material without full payment of the amount owed for such material and Defendant SCHAEFER's release of such material to Defendant REGIOMONTANA under such terms makes such acts by Defendant as a means to wrongfully convert the material which belongs to Plaintiff STEMCOR.

### E. FIRST CAUSE OF ACTION

(17) Plaintiff STEMCOR incorporates the provisions of the above paragraphs and would show unto the Court that Plaintiff STEMCOR is entitled to recover from Defendant REGIOMONTANA the total sum of $1,522,075.30 (U.S.), plus interest in the amount allowed by law and storage fees as a result of Defendant REGIOMONTANA's breach of contract.

(18) At all times material to this complaint, Plaintiff STEMCOR has been and remains ready, willing, and able to perform its part of the agreement between the parties, and Plaintiff has been prevented from performing solely due to Defendant REGIOMONTANA's breach of the agreement.

(19) As the Plaintiff STEMCOR's material is presently located at Defendant SCHAEFER's warehouse, Defendant REGIOMONTANA's attempts to secure the material of Plaintiff would wrongfully convert Plaintiff's material and/or property.

(20) As the result of Defendants' acts of breach of contract and conversion, Plaintiff STEMCOR has incurred damages for loss of benefit of the bargain, storage, transportation costs, costs of replacement for material not returned to Plaintiff STEMCOR, and loss of business goodwill and reputation.

(21) Plaintiff STEMCOR not only has suffered monetary losses as noted above, but also has been induced to incur potential legal liabilities that would not have incurred but for the breach of contract and conversion.

## F. SECOND CAUSE OF ACTION

(22) Plaintiff STEMCOR incorporates the provisions of the above paragraphs, and would show the Court that due to Defendant SCHAEFER's acts in refusing to return or release the material back to the Plaintiff, but rather to release such material to Defendant REGIOMONTANA, are acts of wrongful conversion against the Plaintiff and Plaintiff's property, of which Plaintiff is entitled to recover the sum of $1,522,075.30 (U.S.), plus accrued interest and storage fees in an amount allowable by applicable law as reasonable compensation for such conversion.

(23) Plaintiff STEMCOR not only has suffered monetary losses as noted above, but also has been induced to incur potential legal liabilities that would not have incurred but for the conversion.

## G. THIRD CAUSE OF ACTION

(24) Plaintiff STEMCOR is entitled to recover of and from Defendant REGIOMONTANA a sum representing Plaintiff STEMCOR's reasonable and necessary attorney's fees, which sum is a reasonable sum for the services rendered in bringing this suit.

(25) In the event that Defendants should later appeal and such appeal be unsuccessful to the Fifth Circuit Court of Appeals, Plaintiff STEMCOR would further be entitled to reasonable attorney's fees; and in the event of Defendants unsuccessful appeal to the United States Supreme Court, Plaintiff STEMCOR would be entitled to additional reasonable attorney's fees.

### H. FOURTH CAUSE OF ACTION: REQUEST FOR PRELIMINARY INJUNCTION

(26) Plaintiff STEMCOR will suffer irreparable injury if Defendants are not enjoined during the pendency of this lawsuit from taking, removing, transferring, hiding, or destroying the cold rolled steel material which was shipped by the Plaintiff STEMCOR and is presently located at Defendant SCHAEFER's warehouse. Due to Defendant REGIOMONTANA's breach of the contract and location in a foreign country, removal of the material from the United States would make retrieval or locating of such material impossible.

(27) Plaintiff STEMCOR will further provide that requests have been made to Defendant SCHAEFER that based on Defendant REGIOMONTANA's acts, such material not be transferred, loaded, or secured by Defendant REGIOMONTANA, but such requests have been denied and thus, it is anticipated that such material may be transferred or permitted to be secured by Defendant REGIOMONTANA, thereby furthering Plaintiff STEMCOR's injuries.

(28) As attempts have been made by Plaintiff STEMCOR to secure the additional money owed by Defendant REGIOMONTANA and/or prevent Defendant SCHAEFER from releasing the material to Defendant REGIOMONTANA, there is no adequate remedy of law to prevent the transfer or removal of the material from the United States. *Samson v. Murray*, 415 U.S. 61, 88 - 89, 94 S.Ct. 937, 952 - 53 (1974); *Hoechst Diafoil Co. v. Nan Daya Plastics Corp.*, 174 F.3d 411, 417 (4th Cir. 1999).

(29) There is a substantial likelihood that Plaintiff STEMCOR will prevail in the merits because of the parties' agreement and the requirements under such agreement for payment by a date certain in an amount certain, of which Defendant REGIOMONTANA has refused to make such payment.

(30) The threatened harm to Plaintiff STEMCOR outweighs the harm a preliminary injunction would inflict on Defendant REGIOMONTANA or Defendant SCHAEFER in that the material still remains in the United States and upon compliance with any agreement by Defendant REGIOMONTANA, such can be transferred to the Defendant.

(31) Issuance of a preliminary injunction is not against the public interest because such agreement was only between Plaintiff STEMCOR and Defendant REGIOMONTANA and Defendant SCHAEFER.

(32) Plaintiff STEMCOR is willing to post a bond in the amount the Court deems appropriate for a temporary restraining order and/or injunction.

(33) Plaintiff STEMCOR asks the Court to set its Application for Preliminary Injunction for hearing at its earliest possible time and, after the request, issue a preliminary injunction against Defendants.

## I. PRAYER

For these reasons, Plaintiff STEMCOR asks the Court for the following:

(1)　The Court issues a preliminary injunction preventing Defendants from transferring, removing, hiding, destroying, or tampering with the cold rolled steel sheets made the subject of this lawsuit;

(2)　Defendant REGIOMONTANA and Defendant SCHAEFER be cited to appear and answer;

(3) That on final trial, Plaintiff STEMCOR USA INC. have a judgment against Defendant REGIOMONTANA and Defendant SCHAEFER for: the sum of $1,522,075.30, representing the loss of the benefit of the bargain, the breach of contract, conversion, and for the loss of business reputation and business goodwill;

(4) Storage fees for having to store the material due to Defendant REGIOMONTANA's breach of contract;

(5) Reasonable and necessary attorney's fees;

(6) Pre-judgment interest as provided by law;

(7) Post-judgment interest as provided by law from the date of judgment until paid;

(8) Costs of suit;

(9) Such other and further relief to which Plaintiff STEMCOR USA INC. may show itself justly entitled.

A jury is hereby demanded.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495 (Phone)
956/428-2954 (Fax)

By: _____
TRINIDAD GALDEAN
State Bar No. 00784097
Federal ID No. 21719

**ROGER W. HUGHES**
State Bar No. 10229500
Federal ID No. 5950

**ATTORNEYS FOR PLAINTIFF,
STEMCOR USA INC.**

# ATTACHMENT "A"

MAR-08-2002 17:50
Mar 08 02 04:32p
DE: REGIOPYTSH
OCT-15-2001 17:45    STEMCOR USA INC.
Case 1:02-cv-00048   Document 1   Filed in TXSD on 03/12/2002   Page 10 of 14
NO. DE TEL : 52-8-1565528
MAR 08 '02 04:32PM
2...63 8403   P.05/10

Date: 15 October 2001

Sale note no.  **NX1650A**

359 Fifth Avenue
Suite 7815
New York, 10118-7894

Tel  +1-212-563-0262
Fax  +1-212-563-6403

E-Mail: info@ny.stemcor.com

# STEMCOR

**Sold To:**
Reglamentarsa De Perfiles
Y Tubos, S.A. De C.V.
1 ra. Poniente No. 106 Parque Ind'l
Monterrey Carretera a Miguel Aleman
Km 20.5 Apodaca, N.L CP 66600 Aptdo
Postal 94 Mexico

**Ship To:**
As Customer Address

**Your Ref** PO # 1053

THIS CONTRACT IS MADE BETWEEN THE BUYER AND THE SELLER WHEREIN THE BUYER AGREES TO BUY AND THE SELLER AGREES TO SELL [illegible boilerplate text about terms and conditions and arbitration by the American Arbitration Association of New York]

| | |
|---|---|
| MATERIAL | PRIME NEWLY MANUFACTURED COLD ROLLED STEEL SHEETS IN COILS, OUT OF CONTINUOUS CAST PRODUCTION, AL-KILLED, ANNEALED AND TEMPERED. |
| QUALITY | COMMERCIAL QUALITY TO ASTM A 366, CS TYPE B. |
| CHEMISTRY | SAE 1008 |
| TOLERANCES | ASTM - A568. |
| SURFACE FINISH | MATTE. |
| OILING | REGULAR |
| WELDS | NONE. |
| COIL I.D. | 24" |
| COIL WEIGHT | 11 METRIC TONS MAX, AIM 8 TO 11 METRIC TONS. |
| END USE | SLITTING FOR TUBING. |

continued on next page ...

Sale note no. NX1650A    STEMCOR USA, INC.              continuation sheet   Page   2

| Cold Rolled Coil | | QUANTITY | UNIT PRICE |
|---|---|---|---|
| 001 | 0.0348MIN X 36.000" (1.390MIN X 915MM) | 500.000 | 307.00 USD/MT |
| 002 | 0.0548MIN X 48.000" (1.390MIN X 1220MM) | 500.000 | 307.00 USD/MT |
| 003 | 0.0438MIN X 36.000" (1.110MIN X 915MM) | 800.000 | 307.00 USD/MT |
| 004 | 0.0435MIN X 48.000" (1.110MIN X 1220MM) | 1200.000 | 307.00 USD/MT |
| 005 | 0.0329MIN X 36.000" (0.835MIN X 915MM) | 800.000 | 307.00 USD/MT |
| 006 | 0.0329MIN X 48.000" (0.835MIN X 1220MM) | 1200.000 | 307.00 USD/MT |

5000.000   MT 1,535,000.00    USD

| | |
|---|---|
| QUANTITY TOLERANCE | +/-10% FOR EACH ITEM AND IN TOTAL. |
| PACKING | FULLY EXPORT WRAPPED IN WATERPROOF PAPER AND METAL ENVELOPES SECURELY STRAPPED FOR OCEAN TRANSPORTATION |
| MARKING | SIZE<br>GRADE<br>HEAT NO.<br>COIL NO.<br>PO NX1650G |
| SHIPMENT | EARLY DECEMBER 2001 EX SWEDEN FOR LATE DECEMBER 2001/EARLY JANUARY 2002 ARRIVAL IN BROWNSVILLE, TX UNFORSEEN CIRCUMSTANCES EXCEPTED. |
| PRICE BASIS | AS SHOWN ABOVE EFFECTIVE PER METRIC TONS CIF LINER OUT UNDER SHIP'S HOOK BROWNSVILLE, TEXAS. DUTY UNPAID. |
| INVOICING BASIS | MILL'S ACTUAL NET WEIGHT. |
| PAYMENT TERMS | NET CASH PAYABLE 30 DAYS FROM DATE OF BILL OF LADING. |
| INSURANCE | ALL RISKS INCLUDED FOR THE ACCOUNT OF SELLER. |
| SHIP TO | SCHAEFER STEVEDORING INC.<br>4201 FOUST ROAD<br>PORT OF BROWNSVILLE<br>BROWNSVILLE, TEXAS 78523<br>TEL: (956) 831-4007 |
| DOCUMENTATION | 1. COMMERCIAL INVOICE.<br>2. PACKING LIST.<br>3. MILL'S TEST REPORT.<br>4. EUR 1 CERTIFICATE OF ORIGIN.<br>5. BILL OF LADING. |

continued on next page ...

MAR-08-2002 17:51
Mar 08 02 04:33p
DE : REGIOPYISH
OCT-15-2001 17:46
STEMCOR USA INC.
Case 1:02-cv-00048    Document 1    Filed in TXSD on 03/12/2002    Page 12 of 14
MAR 08 '02 04:31PM

Sale note no. NX1660A    STEMCOR USA, INC.      continuation sheet   Page 3

**REMARKS**

1. THIS CONFIRMS YOUR PURCHASE ORDER #1053 DATED OCTOBER 4, 2001.

2. ORIGIN - SSAB, SWEDEN

3. BILL OF LADING REMARKS SUCH AS, "SOME ATMOSPHERIC RUST ON PACKAGING, SOME DENTED PACKAGING, SOME BROKEN BANDS OR SIMILAR" TO BE ACCEPTABLE AND NOT CAUSE FOR REJECTION OF DOCUMENTS OR MATERIAL.

4. KINDLY SIGN AND RETURN A COPY OF THIS CONFIRMATION OF SALE TO INDICATE YOUR AGREEMENT TO THE TERMS AND CONDITIONS CONTAINED HEREIN.

Accepted and Agreed Upon
REGIOMONTANA DE PERFILES
Y TUBOS S.A. DE C.V.

_____
Authorized Signature

Very truly yours,
STEMCOR USA, INC.

_____
Chris Williams

# **ATTACHMENT "B"**

**STEMCOR USA, INC.**
Empire State Building
350 Fifth Avenue, Suite 7815
New York, NY 10118
Phone: 212 563 0262
Fax: 212 563 0403

**STEMCOR USA, INC.**

| | | |
|---|---|---|
| SOLD TO: | REGIOMONTANA DE PERFILES Y TUBOS, SA DE CV<br>PRIMERA PONIENTE NO. 104<br>PARQUE INDUSTRIAL MONTERREY APODACA, N.L.<br>MEXICO | DATE: JANUARY 8, 2002 |
| SHIPPED VIA:<br>FROM:<br>TO: | MV BRIGHT OCEAN 2<br>OXELOSUND, SWEDEN<br>BROWNSVILLE, TEXAS USA | INVOICE NO: 02-07449<br><br>YR PO: 1053<br>OUR REF: NX1650A |
| TERMS | NET CASH 30 DAYS FROM BILL OF LADING DATE<br>DUE FEBRUARY 7, 2002 | |

COLD ROLLED STEEL SHEETS IN COILS TO SAE 1008

| ITEM | SIZES | NUMBER OF COILS | WEIGHT/ MT | PRICE/ MT | TOTAL |
|---|---|---|---|---|---|
| 1 | 16 GA (0.0548"MIN) X 36" | 60 | 490.540 | $ 307.00 | $ 150,595.78 |
| 2 | 16 GA (0.0548"MIN) X 48" | 48 | 487.080 | $ 307.00 | $ 149,533.56 |
| 3 | 18 GA (0.0438"MIN) X 36" | 98 | 802.270 | $ 307.00 | $ 246,296.89 |
| 4 | 18 GA (0.0438"MIN) X 48" | 118 | 1,185.600 | $ 307.00 | $ 363,979.20 |
| 5 | 20 GA (0.0329"MIN) X 36" | 96 | 788.090 | $ 307.00 | $ 241,943.63 |
| 6 | 20 GA (0.0329"MIN) X 48" | 119 | 1,204.320 | $ 307.00 | $ 369,726.24 |
| | | 539 | 4,957.900 | | |

| CIF LINER TERMS LANDED ONTO DOCKS BROWNSVILLE, TEXAS DUTY UNPAID | TOTAL $ 1,522,075.30 |
|---|---|

"CERTIFICAMOS QUE LOS PRECIOS ANOTADOS EN ESTA FACTURA SON LOS PRECIOS REALES DE LOS PRODUCTOS EMBARCADOS"

Transfer Instructions for proceeds:
Deutsche Bank AG New York Branch
31 West 52nd street
New York, NY 10019 USA
Account Name: STEMCOR USA, INC.
ABA No. 026-003-780
Account No. 104-4465-30008
Swift Code: DEUTUS33

STEMCOR USA, INC.

RICO ROJAS

RONALD J. WIENER
Notary Public, State of New York

MARITIME CHAMBER OF COMMERCE, INC.