United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STEMCOR USA, INC. § | |
| § | |
| Plaintiff § | |
| § | |
| VS. § | C.A. NO. B-02-048 |
| § | |
| REGIOMONTANA DE PERFILES Y § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and § | |
| SCHAEFER STEVEDORING, INC. § | |
| § | |
| Defendants § | |

## MOTION TO PRACTICE PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff **STEMCOR USA, INC.**, and moves this Honorable Court to grant leave to CHARLIE J. CILFONE, of the Law Firm of ADAMS & GRAHAM, L.L.P., to appear as counsel for Plaintiff in the above-referenced matter pro hac vice and to participate in any trial of this proceeding which may hereinafter occur. In support thereof, Plaintiff states the following:

I.

CHARLIE J. CILFONE is an attorney with the Law Firm of ADAMS & GRAHAM, L.L.P, 222 E. Van Buren, West Tower, P.O. Drawer 1429, Harlingen, TX 78551-1429 (956/428-7495).

II.

TRINIDAD GALDEAN will serve as co-counsel to CHARLIE J. CILFONE. Mr. Galdean is an attorney licensed by and a member in good standing of the Supreme Court of Texas.

III.

Mr. Cilfone is an attorney licensed in the state of Texas and is a member in good standing of the of the Federal Bar (Federal ID No. 11416).

IV.

Mr. Cilfone has not been the subject of a disciplinary action by the bar of any court and have not been denied admission to any state or federal court.

**V.**

Mr. Cilfone submits to the Texas Rules of Civil Procedure and to the local rules and further submits to the jurisdiction of this court for disciplinary purposes.

**VI.**

Mr. Cilfone is familiar with the facts involved in the above-referenced matter and Plaintiff desires his representation herein.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **STEMCOR USA, INC.**, moves that Mr. Cilfone be permitted to appear as counsel pro hac vice and to participate in any trial proceeding which may hereinafter occur.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495 (Phone)
956/428-2954 (Fax)

By: _____
**CHARLIE J. CILFONE**
State Bar No. 04251200
Federal ID No. 11416

**TRINIDAD GALDEAN**
State Bar No. 00784097
Federal ID No. 21719

**ROGER W. HUGHES**
State Bar No. 10229500
Federal ID No. 5950

**ATTORNEYS FOR PLAINTIFF,
STEMCOR USA, INC.**