5

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

## COURTROOM MINUTES

JUDGE   FILEMON B. VELA

CASE MANAGER: Lourdes Mardis      INTERPRETER: David Hoover, used

COURT REPORTER Bill Holloway      LAWCLERK: MariaEstela Garcia

DATE: March 13, 2002              TIME: 10:00 a.m. 10:30 a.m.


*********************************************************************

CAUSE NO. B-02-cv-048


STEMCOR USA, INC.                        Trinidad Galdean
                                         & Charlie Cilfone

vs.

REGIOMONTANA DE PERFILES Y               Horacio Barrera
TUBOS, S.A. de CV., and
SCHAEFER STEVEDORING, INC.               Mark Blakemore

---

Hearing held.  TRO granted, subject to the Court's conditions and
as per Order to be submitted.  Further hearing set for Monday,
March 18, 2002 @ 8:30 a.m.  Attorneys to advise the Court as soon
as possible if further hearing is not needed.