

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEMCOR USA, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and | § | |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

## TEMPORARY RESTRAINING ORDER

After considering Plaintiff, STEMCOR USA, INC.'s ("STEMCOR") Application for Temporary Restraining Order against Defendants, REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V. ("REGIOMONTANA") and SCHAEFER STEVEDORING, INC. ("SCHAEFER"), as well as the pleadings, affidavits, and hearing with testimony on March 13, 2002, the Court finds as follows:

(1) Plaintiff will suffer the following: immediate irreparable injury, loss, or damage by Defendant REGIOMONTANA securing, obtaining, moving, transferring, destroying, or hiding property which is subject of the agreement between Plaintiff STEMCOR and Defendant REGIOMONTANA.

(2) Plaintiff will suffer the following: immediate irreparable injury, loss, or damage by Defendant SCHAEFER should Defendant SCHAEFER move, transfer, release, hide, and/or destroy the materials made the subject of the agreement between Plaintiff STEMCOR and Defendant REGIOMONTANA.

(3) The injuries are irreparable because should such material be transferred, removed, released, hidden, or destroyed from its present condition or from its present location at the premises of Defendant SCHAEFER, it would be impossible to re-secure such property and/or locate such property, as it would be transported outside of the United States.

(4) This Ex Parte Order is granted after a hearing with counsel for all parties being present.

For these reasons, the Court orders the following:

(5) Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V.'s officers, agents, servants, employees, attorneys, and all persons acting in concert with them be restrained from securing, transferring, moving, tampering with, destroying, or hiding the materials which are made the subject of the agreement between Plaintiff STEMCOR USA, INC. and Defendant REGIOMONTANA and presently located on the premises of Defendant SCHAEFER.

(6) Defendant SCHAEFER STEVEDORING, INC.'s officers, agents, servants, employees, attorneys, and all persons acting in concert with them be restrained from transferring, moving, tampering with, destroying, or hiding the materials which are made the subject of the agreement between Plaintiff STEMCOR USA, INC. and Defendant REGIOMONTANA and presently located on the premises of Defendant SCHAEFER.

(7) This Temporary Restraining Order shall remain in effect until Defendant REGIOMONTANA places into the Registry of this Court Two Hundred Seventy-two Thousand & No/100 Dollars ($272,000.00) to permit removal of the material during pendency of this civil suit.

(8) To issue notice to all parties that the hearing on Plaintiff's Request for Preliminary Injunction is set for the 18th day of March, 2002, at 8:30 o'clock A.M.

(9) No bond is presently necessary for the Temporary Restraining Order.

(10) This Order will expire upon notice of the Court.

**SIGNED** on the 14th day of March, 2002, at 8:10 o'clock A.M.

_____
UNITED STATES DISTRICT JUDGE

**COPIES TO:**

Mr. Horacio Barrera, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520

Mr. Mark Blakemore, RENTFRO, FAULK & BLAKEMORE, 185 E. Ruben Torres Blvd., Brownsville, TX 78520

Mr. Charlie J. Cilfone/Mr. Trinidad Galdean, ADAMS & GRAHAM, L.L.P , P.O. Drawer 1429, Harlingen, TX 78551-1429