AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

CAB-02-48 (7)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 3-14-02 |
| NAME OF SERVER (PRINT) Sam Wallace | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 4201 Foust Rd. Brownsville, TX 78521

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✓] Other (specify): Delivered To: Ken Schaefer Schaefer Stevedoring, Inc.

United States District Court
Southern District of Texas
FILED

MAR 14 2002

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-14-02
         Date              Signature of Server

Address of Server

943 N. Expressway, #15-6
Brownsville, TX 78520-8605

Michael N. Milby, Clerk of Court
[signature]
MAR 14 2002
RECEIVED
United States District Court
Southern District of Texas

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.