United States District Court
Southern District of Texas
FILED

# COURTROOM MINUTES

MAR 18 2002

Michael N. Milby
Clerk of Court

JUDGE_____FILEMON B. VELA_____

CASE MANAGER: ~~Lourdes Mardis~~    INTERPRETER: ~~David Hoover used~~

COURT REPORTER: Bill Holloway    LAWCLERK: Maria Estela Garcia

DATE: 3/18/02    TIME: 8:24 am

**********************************************************************

CIVIL ACTION NO. B-02-cv-48

STEMCOR USA, INC.                          TRINIDAD GALDEAN

vs

REGIOMONTANA DE PERFILES Y                 HORACIO L. BARRERA
TUBOS, S.A. DE CV., AND
ACHAEFER STEVEDORING, INC.                 T. MARK BLAKEMORE

Attorney Trinidad Galdeon was present. Attorney presented a settlement signed by all parties to the court. The parties agreed that it was good for the pendancy of the case. The agreement was received and approved by the court.