IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEMCOR USA, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and | § | |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

MAR 18 2002

Michael N. Milby
Clerk of Court

## PLAINTIFF'S NOTICE OF FILING BOND ON AGREED TEMPORARY INJUNCTION

TO THE HONORABLE COURT:

Comes now, Plaintiff, STEMCOR USA, INC., in the above case and files this Notice of Filing Bond, pursuant to the Agreed Temporary Injunction in the above-referenced case.

(1) The Agreed Temporary Injunction signed by the presiding Judge in this case on March 18, 2002, provides that "Parties agree to Plaintiff posting bond of One Thousand & No/100 Dollars ($1,000.00) for this Temporary Injunction".

(2) Plaintiff submits the draft number 1917, made payable to the Registry of the Court, in the amount of One Thousand & No/100 Dollars ($1,000.00), in compliance with the Agreed Temporary Injunction.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that the Court take notice of Plaintiff's posting of bond, as provided in the Agreed Temporary Injunction, and that the Court grant the Plaintiff any other relief to which it is justly entitled to receive.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495 (Phone)
956/428-2954 (Fax)

By: _____
**TRINIDAD GALDEAN**
State Bar No. 00784097
Federal ID No. 21719

**CHARLIE J. CILFONE**
State Bar No. 04251200
Federal ID No. 11416

**ATTORNEYS FOR PLAINTIFF,
STEMCOR USA, INC.**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record as follows:

| | |
|---|---|
| Mr. Horacio Barrera<br>MARTINEZ & BARRERA, L.L.P.<br>1201 E. Van Buren<br>Brownsville, TX 78520 | **VIA CM/RRR #: 7000 1670 0013 4634 6592** |
| Mr. Mark Blakemore<br>RENTFRO, FAULK & BLAKEMORE<br>185 E. Ruben Torres Blvd.<br>Brownsville, TX 78520 | **VIA CM/RRR #: 7000 1670 0013 4634 6608** |

_____
TRINIDAD GALDEAN

