United States District Court
Southern District of Texas
FILED

MAR 1 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEMCOR USA INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V., and | § | JURY DEMANDED |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

## AGREED TEMPORARY INJUNCTION

The above case came on for hearing on March 13, 2002, at which time the Court entered a Temporary Restraining Order in the case. After the Court hearing, the parties have agreed to the following being entered as a Temporary Injunction related to cold rolled steel sheets in coils presently located at the premises of SCHAEFER STEVEDORING, INC. in the Port of Brownsville, Texas. Pursuant to such agreement between the parties on the Temporary Injunction, the Court enters the following orders.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V., and its officers, agents, servants, employees, and attorneys, are hereby restrained and enjoined from either directly or indirectly, securing, obtaining, moving, removing, transferring, destroying, damaging or hiding 900 metric tons of cold rolled steel coils or 95 coils of cold rolled steel that shall have a total weight equal to at least 900 metric tons and of which material is the subject of the agreement between Plaintiff STEMCOR USA INC. and Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V., and of which such material is located at the premises of Defendant SCHAEFER STEVEDORING, INC.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant SCHAEFER STEVEDORING, INC., and its officers, agents, servants, employees, attorneys and all persons acting in concert with them be and hereby are, commanded to desist and restrain from transferring, moving, removing, tampering with, destroying, damaging or hiding 900 metric tons of

cold rolled steel coils or 95 coils of cold rolled steel that shall have a total weight equal to at least 900 metric tons and of which material is the subject of the agreement between Plaintiff STEMCOR USA INC. and Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V. and presently located on the premises of Defendant SCHAEFER STEVEDORING, INC.

IT IS ORDERED that this Injunction will be withdrawn should Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V. place into the Registry of this Court, Two Hundred Seventy-two Thousand & No/100 Dollars ($272,000.00), at which time the Court will withdraw the Temporary Injunction with such funds existing in the Registry of the Court during the pendency of this lawsuit.

IT IS ORDERED that Parties agree to Plaintiff posting bond of One Thousand & No/100 Dollars ($1,000.00) for this Temporary Injunction.

IT IS ORDERED that this Order of Temporary Injunction will expire upon notice of the Court.

SIGNED this 18th day of March, 2002, at 8:30 o'clock A.M..

UNITED STATES DISTRICT JUDGE

AGREED:

HORACIO BARRERA
Attorney for Defendant
REGIOMONTANA DE PERFILES Y
TUBOS, S.A. DE C.V.

TRINIDAD GALDEAN
Attorney for Plaintiff
STEMCOR USA INC.

With permission, J.G.
MARK BLAKEMORE
Attorney for Defendant
SCHAEFER STEVEDORING, INC.

COPIES TO:

Mr. Horacio Barrera, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520

Mr. Mark Blakemore, RENTFRO, FAULK & BLAKEMORE, 185 E. Ruben Torres Blvd., Brownsville, TX 78520

Mr. Trinidad Galdean, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429