IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEMCOR USA, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and | § | |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER PRO HAC VICE

Considering the foregoing Motion to Practice Pro Hac Vice; (DOCKET NO. 3)

**IT IS ORDERED**, that **CHARLIE J. CILFONE** is hereby to appear and participate as counsel *pro hac vice* on behalf of Plaintiff **STEMCOR USA, INC.** in the above-captioned matter.

DATED this the 22nd day of March, 2002.

JUDGE PRESIDING

**COPIES TO:**

Mr. Horacio Barrera, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520

Mr. Mark Blakemore, RENTFRO, FAULK & BLAKEMORE, 185 E. Ruben Torres Blvd., Brownsville, TX 78520

Mr. Charlie J. Cilfone/Mr. Trinidad Galdean, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

[22jg] S1787\PROHAC-ORD1