IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAR 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| STEMCOR USA, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | **JURY DEMANDED** |
| TUBOS, S.A. DE C.V., and | § | |
| SCHAEFER STEVEDORING, INC. | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff STEMCOR USA, INC., files this *Certificate of Interested Parties* as follows:

**Interested Parties to be Disclosed:**

All persons, associations of persons, firms, partnerships, corporations affiliates, parent corporations, or other entities, that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the names of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk

**Response:**

Plaintiff submits the following list of persons and entities that are financially interested in the outcome of this litigation:

1. Stemcor USA, Inc.
   350 Fifth Avenue, Ste. 7815
   New York, New York 10118

2. Regiomontana de Perfiles y Tubos, S.A. de C.V.
   1ra. Poniente No. 104
   Parque Industrial Monterrey
   Carretera a Miguel Aleman KM. 20.5
   Apodaca, N.L. C.P. 66600 P.O. Box 94
   Mexico

3. Schaefer Stevedoring, Inc.
   4201 Foust Rd.
   Brownsville, TX 78521.

Submitted this 26th day of March, 2002.

                                **ADAMS & GRAHAM, L.L.P.**
                                222 E. Van Buren, West Tower
                                P. O. Drawer 1429
                                Harlingen, TX 78551-1429
                                956/428-7495 (Phone)
                                956/428-2954 (Fax)

By: _____
                                **TRINIDAD GALDEAN**
                                State Bar No. 00784097
                                Federal ID No. 21719

                                **CHARLIE J. CILFONE**
                                State Bar No. 04251200
                                Federal ID No. 11416

                                **ATTORNEYS FOR PLAINTIFF,**
                                **STEMCOR USA, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to counsel of record on this 26th day of March, 2002, as follows:

    Mr. Horacio Barrera      **VIA CM/RRR #: 7000 1670 0013 4634 6660**
    MARTINEZ & BARRERA, L.L.P.
    1201 E. Van Buren
    Brownsville, TX 78520

    Mr. Mark Blakemore      **VIA CM/RRR #: 7000 1670 0013 4634 6653**
    RENTFRO, FAULK & BLAKEMORE
    185 E. Ruben Torres Blvd.
    Brownsville, TX 78520

*[signature]*

TRINIDAD GALDEAN