/3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEMCOR USA, INC. § | |
|     Plaintiff § | |
| § | |
| VS. § | C.A. NO. B-02-048 |
| § | |
| REGIOMONTANA DE PERFILES Y § | |
| TUBOS, S.A. DE C.V., and § | |
| SCHAEFER STEVEDORING, INC. § | |
|     Defendants § | |

### PLAINTIFF STEMCOR USA, INC.'S NOTICE OF DISMISSAL AS TO DEFENDANT SCHAEFER STEVEDORING, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, STEMCOR USA, INC. ("STEMCOR"), in the above styled and numbered cause, and files this Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

(1) Plaintiff is STEMCOR USA, INC.; Defendant is SCHAEFER STEVEDORING, INC.

(2) On March 12, 2002, Plaintiff sued Defendant, SCHAEFER STEVEDORING, INC.

(3) Defendant, SCHAEFER STEVEDORING, INC., has been served with process, but has not filed an Answer in this case.

(4) On April 8, 2002, Plaintiff settled with Defendant, REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V.

(5) This case is not a class action nor has a receiver been appointed in this action.

(6) This case is not governed by any Federal Statutes that require an Order of the Court for dismissal of the case.

(7) Plaintiff seeks dismissal of the case in that the cause of action between Plaintiff and Defendant, REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V., has been settled and have entered into an Agreed Dismissal with Prejudice. While attempts were made to have Defendant, SCHAEFER STEVEDORING, INC. sign an Agreed Motion to Non-Suit with Prejudice, SCHAEFER STEVEDORING, INC. has not commented nor signed such Agreed Motion to Non-Suit with Prejudice. Thus, Plaintiff is requesting this dismissal without prejudice to resolve the remaining claims.

(8) Defendant, SCHAEFER STEVEDORING, INC., has not filed a counter-claim.

(9) Defendant, SCHAEFER STEVEDORING, INC., has not commented on whether they will approve dismissal of this suit.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, STEMCOR USA, INC., requests that the Court take notice of the dismissal of this suit.

Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495 (Phone)
956/428-2954 (Fax)

BY: _____
**TRINIDAD GALDEAN**
State Bar No. 00784097
Federal ID No. 21719

**CHARLIE J. CILFONE**
State Bar No. 04251200
Federal ID No. 11416

**ATTORNEYS FOR PLAINTIFF,
STEMCOR USA, INC.**

## CERTIFICATE OF CONFERENCE

I, Trinidad Galdean, have attempted to confer with counsel for Defendant, Schaefer Stevedoring, Inc. concerning the resolution of this case and enter an Agreed Motion to Non-Suit with Prejudice, but have not been able to reach counsel for Defendant, Schaefer Stevedoring, Inc., prior to the filing of this Notice in order to ascertain his position on the matter.

_____
TRINIDAD GALDEAN

## CERTIFICATE OF SERVICE

This is to certify that on the ___14th___ day of June, 2002, a true and correct copy of the above and foregoing document has been forwarded to counsel of record as follows:

Mr. Horacio Barrera          **VIA CM/RRR #: 7001 2510 0004 2061 6427**
MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Mr. Mark Blakemore           **VIA CM/RRR #: 7001 2510 0004 2061 6434**
RENTFRO, FAULK & BLAKEMORE
185 E. Ruben Torres Blvd.
Brownsville, TX 78520

_____
TRINIDAD GALDEAN