IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| STEMCOR USA, INC. § | |
| Plaintiff § | |
| § | |
| VS. § | C.A. NO. B-02-048 |
| § | |
| REGIOMONTANA DE PERFILES Y § | |
| TUBOS, S.A. DE C.V., and § | |
| SCHAEFER STEVEDORING, INC. § | |
| Defendants § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STEMCOR USA, INC. ("STEMCOR"), Plaintiff in the above styled and numbered cause, and respectfully moves the Court for Dismissal with Prejudice as to Plaintiff's cause of action against Defendant, REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V. ("REGIOMONTANA"). In support, Plaintiff would show unto the Court as follows:

I.

Plaintiff STEMCOR and Defendant REGIOMONTANA have compromised and settled their claims in this case.

II.

The parties desire that this cause of action be dismissed with prejudice, with Court costs taxed against the party incurring such, and with any bond paid by a party being refunded to that specific party.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, STEMCOR USA, INC., respectfully prays that the Court grant this Motion for Dismissal with Prejudice as to Plaintiff's cause of action against Defendant, REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V.;

JUN-13-2002 THU 04:25 PM  Case 1:02-cv-00048  Document 14  Filed in TXSD on 06/14/2002  Page 2 of 3  FAX NO.  03/06  JUN 13 '02  04:21PM

Jun 13 02 11:52a    ADAMS&GRAHAM LLP    (956)428-2954    P.4

(Page 2)

that the Court enter an Order of Dismissal with Prejudice as to Plaintiff's cause of action against Defendant REGIOMONTANA DE PERFILES Y TUBOS, S.A. DE C.V.; that the costs incurred herein be taxed against the party incurring such costs; and that bonds be refunded to parties which paid such to the Court.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495 (Phone)
956/428-2954 (Fax)

BY: _____
TRINIDAD GALDEAN
State Bar No. 00784097
Federal ID No. 21719

CHARLIE J. CILFONE
State Bar No. 04251200
Federal ID No. 11416

ATTORNEYS FOR PLAINTIFF,
STEMCOR USA, INC.

**AGREED TO AND APPROVED:**

MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
956/546-7159 (Phone)
956/544-0602 (Fax)

BY: _____
HORACIO L. BARRERA
State Bar No. 01805800
Federal ID No. 1941

ATTORNEYS FOR DEFENDANT,
REGIOMONTANA DE PERFILES
Y TUBOS, S.A. DE C.V.

## CERTIFICATE OF SERVICE

This is to certify that on the _14th_ day of June, 2002, a true and correct copy of the above and foregoing document was forwarded to counsel of record as follows:

Mr. Horacio Barrera      **VIA CM/RRR #: 7001 2510 0004 2061 6403**
MARTINEZ & BARRERA, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520

Mr. Mark Blakemore      **VIA CM/RRR #: 7001 2510 0004 2061 6410**
RENTFRO, FAULK & BLAKEMORE
185 E. Ruben Torres Blvd.
Brownsville, TX 78520

_____
TRINIDAD GALDEAN