IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| STEMCOR USA, INC. § | |
| Plaintiff § | |
| § | |
| VS. § | C.A. NO. B-02-048 |
| § | |
| REGIOMONTANA DE PERFILES Y § | |
| TUBOS, S.A. DE C.V., and § | |
| SCHAEFER STEVEDORING, INC. § | |
| Defendants § | |

**AGREED ORDER ON DISMISSAL WITH PREJUDICE**

**BE IT REMEMBERED** that on the 24TH day of June, 2002, came on for consideration the Agreed Motion for Dismissal with Prejudice in the above styled and numbered cause; and the Court, being of the opinion that said Motion should be granted;

**IT IS THEREFORE ORDERED** by the Court that the Agreed Motion for Dismissal be, and the same is hereby, **GRANTED**.

**IT IS FURTHER ORDERED** that the above styled and numbered cause be, and is hereby Dismissed with Prejudice, between Plaintiff, STEMCOR USA, INC., and Defendant, REGIOMONTANA DE PERFILES Y TUBOS, S.A., DE C.V.

**IT IS FURTHER ORDERED** that all costs incurred herein be taxed against the party incurring same.

**IT IS FURTHER ORDERED** that any bond filed or paid to the Court be refunded to the party which filed or paid said bond.

SIGNED this the 24TH day of June, 2002.

_____
JUDGE PRESIDING

| | |
|---|---|
| **AGREED TO AND APPROVED:** | **AGREED TO AND APPROVED:** |
| **ADAMS & GRAHAM, L.L.P.**<br>222 E. Van Buren, West Tower<br>P. O. Drawer 1429<br>Harlingen, TX 78551-1429<br>956/428-7495 (Phone)<br>956/428-2954 (Fax) | **MARTINEZ & BARRERA, L.L.P.**<br>1201 E. Van Buren<br>Brownsville, TX 78520<br>956/546-7159 (Phone)<br>956/544-0602 (Fax) |
| BY: _/s/_<br>TRINIDAD GALDEAN<br>State Bar No. 00784097<br>Federal ID No. 21719 | BY: _/s/_<br>HORACIO L. BARRERA<br>State Bar No. 01805800<br>Federal ID No. _____ |
| **CHARLIE J. CILFONE**<br>State Bar No. 04251200<br>Federal ID No. 11416 | **ATTORNEYS FOR DEFENDANT,**<br>**REGIOMONTANA DE PERFILES Y**<br>**TUBOS, S.A. DE C.V.** |
| **ATTORNEYS FOR PLAINTIFF,**<br>**STEMCOR USA, INC.** | |

**COPIES TO:**

Mr. Trinidad Galdean/Mr. Charlie J. Cilfone, ADAMS & GRAHAM, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

Mr. Horacio L. Barrera, MARTINEZ & BARRERA, L.L.P., 1201 E. Van Buren, Brownsville, TX 78520

Mr. Mark Blakemore, RENTFRO, FAULK & BLAKEMORE, 185 E. Ruben Torres Blvd., Brownsville, TX 78520