IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| STEMCOR USA, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-048 |
| | § | |
| REGIOMONTANA DE PERFILES Y | § | |
| TUBOS, S.A. DE C.V. AND | § | |
| SCHAEFER STEVEDORING, INC. | § | |

### ORDER

Pending before the Court is Plaintiff Stemcor USA, Inc.'s Notice of Dismissal as to Defendant Schaefer Stevedoring, Inc. (Docket No. 13) filed pursuant to Fed. R. Civ. P. 41(a)(1)(i).

IT IS **ORDERED** that Plaintiff's claims against Defendant Schaeffer Stevedoring, Inc. be **DISMISSED** without prejudice.

DONE at Brownsville, Texas, this 24th day of June, 2002.

_____
Filemon B. Vela
Senior United States District Judge